IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JEREMY MADDY,

    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 3:18-cv-363

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #13), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing objections under Fed. R. Civ. P. 72(b) has expired, said Report and Recommendation is hereby **ADOPTED**.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. #13) is **ADOPTED** in full;
2. The Commissioner's non-disability determination is **AFFIRMED**; and
3. This case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: 11-22-19

WALTER H. RICE
UNITED STATES DISTRICT JUDGE